IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE: )  Chapter 13
Kimberly Palmer )  Number 12-12154
      Debtor(s) )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Palmer (Last)   Kimberly (First)   ___ (MI)

**Joint Debtor Name:** ___ (Last)   ___ (First)   ___ (MI)

**Previous Address:** 2138 Silverdale Rd

Augusta (City)   Ga (State)   30906 (Zip Code)

**New Address:** 2616 Central Ave

Augusta (City)   Ga (State)   30904 (Zip Code)

This 6 day of August, 2015.

By: /s/Angela McElroy-Magruder

AMcElroyMagruder (Name)   Attorney (Title)

512 Telfair Street (Address)

Augusta (City)   GA (State)   30901 (Zip Code)

706-724-6000 (Telephone)   GA Bar # 113625 (Bar ID)