# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE: )  
    Kimberly Palmer )  Chapter 13  
           Debtor(s) )  Number 12-12154  

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Palmer (Last)   Kimberly (First)   N (MI)

**Joint Debtor Name:** ___ (Last)   ___ (First)   ___ (MI)

**Previous Address:** 2616 Central Avenue  
Augusta (City)   GA (State)   30904 (Zip Code)

**New Address:** 2418 Central Avenue  
Augusta (City)   GA (State)   30904 (Zip Code)

This 7th day of January, 2016.

By: /s/Angela McElroy-Magruder

Angela Magruder (Name)   Attorney (Title)  
512 Telfair Street (Address)  
Augusta (City)   GA (State)   30901 (Zip Code)  
706-724-6000 (Telephone)   113625 (Bar ID)